BEFORE THE THIRD DIVISION, JULY 24, 1942

No. 47412.—Protests 829087–G, etc., of Donald B. Pocock et al. (Cleveland, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 47413.—Protests 979922–G, etc., of Southern States Cooperative Seed & Farm Supply Service et al. (Baltimore, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 47414.—Protests 849952–G, etc., of Bailey, Green & Elger et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 47415.—Protests 832344–G, etc., of Cargill Grain Co. et al. (Seattle, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 47416.—Protest 50257–K of Howatt Brokerage Co. (Los Angeles).

Opinion by EKWALL, J. No testimony was produced in support of the plaintiff's claim. The attorney for the plaintiff at the hearing set forth his interpretation of the official papers including the invoice and entry and cited in support of plaintiff's claim Abstract 45375, stating that case had been decided on rehearing. The case, however, has not as yet been decided. *Parodi* v. *United States* (6 Cust. Ct. 95, C. D. 436) was also cited but there was no proof in the record that the merchandise in the instant case is the same as that in the cited case. On the record as presented the protest was overruled for lack of proof of the facts therein alleged, following Abstract 38965.

No. 47417.—Protests 50918–K, etc., of E. R. Mellenger et al. (Portland, Maine).

Opinion by EKWALL, J. An examination of the record in each case failed to disclose anything that would warrant the court in disturbing the finding of the collector. The protests were therefore overruled.